PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 07/2021)

IN THE UNITED STATES DISTRICT COURT
FOR THE __EASTERN__ DISTRICT OF TEXAS
__TYLER__ DIVISION

__Jack Cody Rahuen #00066017__
Plaintiff's Name and ID Number

__Henderson Co. Jail     P.O. Box 2601  Athens TX. 75751__
Place of Confinement

CASE NO. __6:22-cv-432__
(Clerk will assign the number)

v.

__Sheriff o Botie Hillhouse__     P.O. Box 2601  Athens TX. 75751
Defendant's Name and Address

__Chief o Kevin Halbert__     P.O. Box 2601  Athens TX. 75751
Defendant's Name and Address

__Assistant Chief o FNU LNU__     P.O. Box 2601  Athens TX. 75751
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

Your complaint is subject to dismissal unless it conforms to these instructions and this form.

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:
   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO
   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)
      1. Approximate date of filing lawsuit: 10/8/21
      2. Parties to previous lawsuit:
         Plaintiff(s) Jack Cody Raburn #000660017
         Defendant(s) Botie Hillhouse, Major Faught, William tell Walker, Brain Hall, SGT. Johnson
      3. Court: (If federal, name the district; if state, name the county.) Eastern district Tyler TX.
      4. Cause number: 6:21-cv-389
      5. Name of judge to whom case was assigned: MAGISTRATE° K. Nicole Mitchell
      6. Disposition: (Was the case dismissed, appealed, still pending?) Hold till criminal trail over
      7. Approximate date of disposition: ? 4. 22

2

II. PLACE OF PRESENT CONFINEMENT: Henderson Co. Jail Athens TX. 75751 Po. Box 2601

III. EXHAUSTION OF GRIEVANCE PROCEDURES:
Have you exhausted all steps of the institutional grievance procedure? ✓YES ___NO
Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:
A. Name and address of plaintiff: ~~Sheriff Botie Millhouse~~ Jack Cody Raburn Henderson Co. Jail · Po. Box 2601 · Athens TX. 75751

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Sheriff Botie Millhouse · Henderson Co. Jail · Po. Box 2601 Athens TX. 75751

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Over sees · owns · opperates · manages · directs · controls policy · defective custom · final decition grievance · due to deliberat indifferance to excessive waits nerse sick calls · Transports to ditist (4) months violated 8th Amendment

Defendant #2: Chief Halbert

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Opperates · Manages · directs controls policy defective custom works with medical · Excessive waits on nerse sick calls and Transports to ditist · deliberate indifferent · violated Eighth Amendment.

Defendant #3: Assistant Chief · FNU LNU

Opperates · manages · directs · controls policy defective custom works with medical · Excessive waits on nerse sick calls · Transports to ditist · deliberate indifferant · violated Eighth Amendment · cruel and unusaul Punishment

Defendant #4: Nerse Amanda LNU

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Excessive waits on sick calls · Transports to ditist · Not following police · deliberate indifferen that violated Plaintiff's Eighth Amendment · cruel and unusual Punishment.

Defendant #5: Dr. FNU Mongare

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Denied medical attention · deliberate indifferate to serous med. needs · Failure to push or curb excessive waits on medical sick calls · Transports to dintist · Not Following policy · violated Plaintiff Eighth Amendment cruel and unusal Punishment.

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT. While under the color of stat Law All listed defendants have been deliberate in different to given Plaintiff Proper Medical Attention. By Failing to curb or cure of known deficiencies of excessive waits on nurse sick calls, transports to ditist. Not following Policy (4) to (6) over the counter Medication, sick calls taking (3) to (5) days to get anything for an abcessers tooth or Migraines, (14) Months to Get a tooth Pulled. All defendants know Parsonally About these unconstitutional violations for yrs. Callous, willful, Reckless disregard of Plaintiff Right's under federal and state Law by causing Plaintiff to suffer and continues to suffer Physical, Psychological harm, Pain and suffering. due to All defendants deliberate indifferent thereby violated Plaintiff Rabuen to be free from cruel and unusual punishment under the Eighth Amendment to the united states Constitution And/or Plaintiff Right to due Process of Law under the Fourteenth Amendment by deliberate indifferents.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Grant damages in Atched Complaint and Give an injunction order to curb or cure know defectenices. Able to Receive over the counter Medication (4) to (6) hes. Per Policy so Plaintiff does not have to suffer cruel and unusual Punishment.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Jack Cody Rabuen Always went by Cody

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1021814 - 1271259

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date sanctions were imposed:_____
4. Have the sanctions been lifted or otherwise satisfied?   ____YES ____NO

4

C. Has any court ever warned or notified you that sanctions could be imposed?   ____YES ____NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division):_____
2. Case number:_____
3. Approximate date warning was issued:_____

Executed on: _____
           DATE

_____
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___11___ day of __22__ , 20 __22__ .
        (Day)        (month)        (year)

Henderson Co. Jail

Jack Cody Rayburn
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

IN THE UNITED STATE DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JACK CODY RABURN #00066017
  Plaintiff

V.

SHERIFF BOTIE HILLHOUSE
CHIEF KEVIN HALBERT
ASSISTANT CHIEF FNU·LNU
NERSE AMANDA LNU·
DR. MONGARE
  defendants



NO. 6:22-CV-432
JURY DEMAND

## AMENDED COMPLAINT

### I. PRELIMINARY STATEMENT

1. This is a civil rights action brought under 42 U.S.C. § 1983 and raising supplemenal state-law claims concerning all defendant's deliberate indifference and negligence in relation to plaintiff urgent need for over the counter medication (4) to (6) hrs. per-policy. The excessive wait for nerse sick calls that takes (3) to (9) days to adderess to get over the counter medication to treat a abscessed tooth that has caused plaintiff serous pain with no way to treat it until that sick call address, due to the custom of not following policy..

2. Plaintiff has also suffered from an known neck injury from a CT scan yet denied i even had this injury.. which has and continues to cause serous migrains to the point of vomiting. significantly affects daily activities.. and no way to treat this serous pain and suffering till an nerse sick call is addressed (3) to (6) days later.. Denied a subscription of Ibuprofen to be on the nerse pill cart to be able to reqest when needed...

3. Plaintiff has also suffered from the constitutional violations above due to all defendant's deliberate indifference to the defective policy-custom and not curbing or curing the excessive wait for transports to the oral surgeon to have a tooth pulled that took (14) months to get pulled. Why hasnt this known defectenicie been cured by hiring a ditist for Henderson Co. Jail., this wide spread policy-custom has been a defecte for yrs. Henderson Co. and policy making officals namely Sheriff Botie Hillhouse is funded to take or make sure plaintiff is getting proper medical treatment and federal funded for Henderson Co. Jail. Yet deliberate indifferant to though< needs...

4. Due to All defendant's actions and inactions, deliberate indifference to All Constitutional Violations Listed Above, Plaintiff did not receive the timely treatment required to address such conditions, and as a result, Plaintiff has and continues to suffer from the conditions listed above that has aggravated and thus caused Plaintiff substantially more harm than it would have had defendant's acted consistent with generally accepted medical standards of care..

5. At all times relevent to this complaint, as evidence listed by the lack of appropriate care provided in this case, all defendant's employeed and contratual agreement have and continue to be under the color of state law have and continue to act willful, reckless and callous disregard of Plaintiff rights under federal and state law.

6. As a direct and proximate result of deliberate indifference of the conduct of all defendants, Plaintiff suffered and continues to suffer cruel and unusual punishment of serious medical needs, defendants actions or inactions or the defective policy-custom has been the direct cause of the moving force and therby violated Plaintiff right to be free from cruel and unusal punishment under the Eighth Amendment of the United States Constitution and/or Plaintiff right to due process of law under the Fourteenth Amendment to the United States Constitution...

7. Plaintiff now seeks damages for the substantial pain and suffering caused by all defendant's conduct of the individual defendants were directly and proximately caused by the actions and inactions of deliberate indifference failed to properly train, supervise and discipline medical parsonel as to ensure that Plaintiff would receive appropriate care and failed to develop and implement policy's or cure unconstitutional customs, practices and procedures to ensure Plaintiff would recieve appropriate care and not suffering cruel and unusal punishment..

## II. JURISDICTION

8.   This court has jurisdiction over the subject matter of this complaint under 42 U.S.C. § 1983 and 28 U.S.C. §§ 1331, 1343(a)(3), 1343(a)(4) and 1367(a).

## III. EXHAUSTION OF ADMINISTRATIVE REMEDIES

9. The Plaintiff has exhausted his administrative remidies with respect to all claims and all defendants.

## IV. PARTIES DEFENDANTS

10. SHERIFF BOTIE HILLHOUSE, which MANAGES AND OVER SEES Medical EMPloyee's that ARE UNDER A CONTRACTUAL AGREEMENT establish Policies, Practices, AND PROCEDURES ARE MET to ENSURE Plaintiff RECEIVE APPROPRIATE CARE FOR SERIOUS MEDICAL NEEDS, AND Find APPROPRIATE tRANSPORT to ORAL SURGEON, And Final decision on Grievance's to MAKE SURE Plaintiff is FREE FROM CRUEL AND UNUSAL PUNISHMENT, to ENSURE, delelop, implement Policies to curb or cure defective customs that don't MEET those NEEDS, being the Policie MAKEN OFFICIAL...

The Final decision to 5-3-21 MR Hillhouse REIPY is Plaintiff is RECEIVING PROPER MED. TREATMENT... 1-25-22 SHERIFF CONducting a WAlK through Plaintiff EXPlained his Medical conditions, Stated Plaintiff is Reciving PROPER MED. TREATMENT AND Following Policie CONCERNING TRANSPORt's to ORAL SURGEON...

Failure to curb or cure this Known deFECIENCIES that's been Going on FOR YRS. PARSONAL KnowledGE, Is the MOVING FORCE behind these Constitutional Violation's to Plaintiff EIGhth AMENDMENT, DUE PROCESS, FOURTEENTH AMENDMENT due to his deliberate INDIFFERENCE AND liable 1-7 Above...

11. CHIEF KEVIN HALbert And ASSISTANT CHIEF, which MANAGES AND OVER SEE's Medical staff's that ARE UNDER Contractual AGREEMENT And Refers to CHIEF and ASSISTANT CHIEFF "PER Policies" to MAKE SURE that Contractual AGREEMENT ARE MET AND REFER to the SHERIFF to Establish Policies, PRACTICES, AND PROCEDURES ARE MET if Not HElp implement those Policies to curb or cure the Known defeciencies Namely EXCESSIVE WAIts FOR sick Calls, TRANSPORT to ORAL SURGEON to MAKE SURE Plaintiff is FREE FROM CRUEL AND UNUSAL PUNishMent...

These defeciencies that SHERIFF, CHIEF, ASSISTANT CHIEF have Known FOR YRS. AND Continue to be deliberate indiffent PARsonalY, is the MOVING FORCE behind these Constitutional Violations to Plaintiff EIGhth AMENDMENT, due PROCESS, FOURTEENTH AMENDMENT, CRUEL AND UNUSAL PUNISHMENT AND liable 1-7 Above...

12. NERSE AMANDA, who HElps MANAGE, OPPERATE, directs, Sick Calls, Schedule ORAL SURGEON APPointments AND PARSONALY WORKS with CHIEF, ASSISTANT CHIEF, SHERIFF, to delelop, IMPLEMENT Policies to ENSURE defecitive Customs GET curb or cured Namely EXCESSIVE WAITS FOR NERSE sick Call's, TRANSPORTs to ORAL SURGEON, AND All DefenDANTs deliberate INDIFFERENCE to those NEEDS is the MOVING FORCE behind these Constitutional Violations Plaintiff sufFeRs EIGhth AMENDMENT, CRUEL AND UNUSAL PUNISHMENT, DUE PROCESS, FOURTEENTH AMENDMENT and also liable 1-7 Above...

Futher MORE Plaintiff has SUFFERED CRUEL AND UNUSAL PUNISHMENT due to Not Following Policy to Alow Plaintiff to tREAT Abcessed teeth, MIGRINS with over the Counter Medications (4) to (6) hRS. PER NERSE Policy and the EXCESSIVE WAIT (14) MONths to Get a tooth Pulled AND EXCESSIVE WAITS (3) to (6) day's to ADDRESS AN NERSE SICK Call to EVEN be Able to tREAT those SERIOUS Med. NEEDs on the Following dates: 3-8-21: 3-16-21: 3-20-21: 3-22-21: 3-23-21: 4-3-21: 4-5-21: 4-7-21: 4-8-21: 4-12-21: 4-16-21: 4-20-21: 4-23-21: 4-24-21: 5-3-21: 5-8-21: 5-11-21: 5-12-21: 5-29-21: 6-1-21: 6-3-21: 7-14-21: 7-16-21: 7-30-21: 8-3-21: 8-15-21: 9-1-21: 10-12-21: 11-4-21: 11-15-21: 12-21-21: 12-29-21: 1-4-22: 1-21-22: 2-4-22: 2-21-22: 3-23-22: 4-9-22: 4-16-22: 4-25-22: 4-28-22: 5-3-22: 6-6-22: 7-20-22: 8-1-22: 8-29-22: 9-8-22: 9-11-22: 9-12-22: 9-15-22: 9-16-22: 9-19-22: 9-20-22: 9-23-22: 9-26-22:

13. DR. MONGARE, who is under a contractual agreement to make sure Plaintiff recieves proper Med. treatment, who manages · opperates · directs employees · sick calls · manages appointments to oral surgeon · paronaly works with · nerse · Assistant Chief · Chief · Sheriff to make sure all those needs are met and to delelop · implement policies to ensure defective customs get curbed or cured namely excessive waits on nerse sick calls · transports to oral surgeon... And all defendants deliberate indifference to those needs is the moving force behind these constitutional violations that Plaintiff has suffered and continues to suffer Eighth Amendment · cruel and unusal Punishment · Due Process · Fourteenth Amendment and also liable 1-7 above...

Futhermore DR. denied i had a neck injury even after CT scan showing (3) damages disk in my neck. Plaintiff just had to say my neck was hurt not refer to my arrest. DR. Find a harded core that runs from the base of my neck down under my shoulder blade. He prescribed (2) subcriptions back to back of a steriod. Which helped but a medaction you cant take every day. Denied Plaintiff to be able to have a parsonal subcription of ibuprofin to be on the nerse pill cart to be able to request when needed for a neck injury that causes serous migrains to of vomiting and significantly affects daily activities... NEED discovery to show dates on DR. visets.

Failure to alow Plaintiff to treat an injury once prescribed are diliberate indifference to the known defectencies of not following policy to be able to recieve over the counter medication (4) to (6) hrs causing Plaintiff cruel and unusal Punishment having to wait (3) to (6) days for a nerse sick call to be addressed. And also the excessive wait (14) months to have an abcessed tooth pulled... Failurere to curb or cure these defectincies or delelop · implement policies with nerse · Assistant Chief · Chief · Sheriff per policy to ensure Plaintiff recieve proper timely med. treatment is the moving force behind these constitutional violations of Eighth Amendment · to be free from cruel and unusal punishment · Due Process · Fourteenth Amendment...

14. All defendants have and continue to be under the color of state law under contratual agreement and due to deliberate indifference of all defendants failure to comply with genenally accepted medical standards of care to treat serous medical conditions were and still are directly and proximately caused by the actions and inactions of deliberate indifferace to curb or cure these known defectencies for yrs. have been the direct cause of the constitutional violations listed in this complaint and All sued individually and liable to Plaintiff for damages as well as the pain and suffering and continues to suffer...

15. Defendants Sheriff Botie Hillhouse · Assistant Chief · Chief Kevin Halbert are Also sued in their official campaties due to the defective custom thats be wide spread for yrs. and fail to curb or cure these defecincies and one of the moving forces behind constitutional violations Plaintiff has suffered and liable to Plaintiff for damages as well as the pain and suffering this custom has caused...

## V. STATE LAW NEGLIGENCE CLAIMS

16. Due to All defendant's Failure to Comply with Generally Accepted Medical standards of care in their Medical treatment timely to Plaintiff..
   A. ALL defendant's have violated their duty of care to Plaintiff..
   B. The defendant's violation of their duty of care to Plaintiff was a direct and proximate cause and substantial factor in bringing about Plaintiff damages as outlined above, and as a result all defendant's are liable to Plaintiff.
   C. Because all the individual defendant's were acting as agents, servants and/or employee of Henderson Co. Sheriffs office, Sheriff, Chieff, Assistant Chief, DR. Neese. And because the individuals defendants were acting with direct control and supervision of named defendant's. The defendants listed above are/is also liable to Plaintiff on the basis of Resondeat Superior Liability...

## VI. PARSONAL DECLARATION

17. My name is Jack Cody Raburn the Plaintiff in the Above styled complaint am over 21 yrs of age and sound mind to make this sworn complaint that everything is true and correct to the best of my knowledge.. Due to NCIC kioks not working in seperation i Just Put the dates on sick calls + DR. visets.

## REQUESTED RELIEF

18. WHEREFORE. Plaintiff Respectfully Request All Defendant's are held liable to help curb or cure these known defectinies through damages and injuction Relief for Plaintiff to be Free from Cruel and unusal Punishment..

To All Defendants 50,000. Each

   A. Compensatory damages to all defendant's..
   B. Punitive damages as to all defendants individually..
   C. Declatory damages to all defendants.
   D. Such other Relief as may appear just and Appropriate.

Respectfully Submitted
Plaintiff
X Jack Cody Raburn #00066017
Henderson Co. Jail
P.O. Box 2601
Athens Tx. 75751